UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
HOP HING PRODUCES INC.,                                              :     12-cv-1401 (ARR) (MDG)
                                                                     :
                    Plaintiff,                                    :     NOT FOR ELECTRONIC
                                                                     :     OR PRINT PUBLICATION
   -against-                                                        :
                                                                     :     ORDER
X&L SUPERMARKET, INC., et al.,                                       :
                                                                     :
                    Defendants.                                   :
                                                                     :
-------------------------------------------------------------------- X

ROSS, United States District Judge:

      The court has received the Report and Recommendation on the instant case dated March 4, 2013, from the Honorable Marilyn D. Go, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error.

      I hereby adopt the Report and Recommendation, with respect to the liquidation of damages, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). However, insofar as plaintiffs have been granted leave to amend their complaint, Dkt. #63, I defer entry of final judgment against defendants X&L Supermarkets, Inc., Xi Long Chen, and Chun Yu Liu pending resolution of the proceedings against the remaining defendants.

      SO ORDERED.

                                                                                 _____
                                                                                 Allyne R. Ross
                                                                                 United States District Judge

Dated:         March 27, 2013
                 Brooklyn, New York